# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-423-081**

**Effective Date of Registration:**
October 21, 2024
**Registration Decision Date:**
November 25, 2024

## Title
**Title of Work:** Sports Drawstring Backpack

## Completion/Publication
**Year of Completion:** 2021
**Date of 1st Publication:** April 29, 2022
**Nation of 1st Publication:** China

## Author
- **Author:** Shenzhenshi Jingyida Trading Co.,Ltd
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** China
  **Domiciled in:** China

## Copyright Claimant
**Copyright Claimant:** Shenzhenshi Jingyida Trading Co.,Ltd
B701, No. 16, Center Road, Shaqi Community, Xinqiao Street, Bao'an District, Shenzhen, China

## Rights and Permissions
**Organization Name:** Shenzhenshi Jingyida Trading Co.,Ltd
**Address:** B701, No. 16, Center Road, Shaqi Community, Xinqiao Street, Bao'an District
Shenzhen China

## Certification
**Name:** Bella Fang

Page 1 of 2

|  |  |
|---|---|
| **Date:** | October 21, 2024 |

|  |  |
|---|---|
| **Copyright Office notes:** | Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited photograph only. 17 USC 101, 102 (a), and 113. |