## SCHEDULE A (SEALED)

| Online Marketplace Amazon.com |||
|---|---|---|
| No | Example Links | Seller |
| 1 | https://www.amazon.com/BROTOU-Basketball-Volleyball-Drawstring-Compartment/dp/B0BC15NTL8 | BROTOU |
| 2 | https://www.amazon.com/LOKAPEGY-Drawstring-Waterproof-Compartment-Basketball/dp/B0CSCYNHVT | LOKAPEGY |
| 3 | https://www.amazon.com/LIERWOI-Drawstring-Waterproof-Backpacks-Compartment/dp/B0C3JFMVF4 | Sailin Us |
| 4 | https://www.amazon.com/Valleycomfy-Sports-Drawstring-Backpack-Compartment/dp/B0CCH9L3BK | Alusbell |
| 5 | https://www.amazon.com/ZIXKUB-Drawstring-Resistant-Compartment-Lightweight/dp/B0C5RDXTB7 | Senkora US |
| 6 | https://www.amazon.com/Pletpet-Drawstring-Backpack-Compartment-Waterproof/dp/B0CLRWQRZZ | szhonghuahui |
| 7 | https://www.amazon.com/SOPIME-Drawstring-Lightweight-Compartment-Basketball/dp/B0C4XF8M1Y | Tokeya |
| 8 | https://www.amazon.com/Drawstring-Backpack-Waterproof-PocketsString-Lightweight/dp/B0BVP6XPCW | ED Inc |
| 9 | https://www.amazon.com/TianYaOutDoor-Drawstring-Backpack-Warehouse-Sackpack/dp/B0C85RDPDG | CouragePlus |
| 10 | https://www.amazon.com/Ci-Wigo-Drawstring-Waterproof-Basketball/dp/B0CQK8K415 | WaygoBB |
| 11 | https://www.amazon.com/Daimix-Drawstring-Backpack-Compartment-Waterproof/dp/B0CGQ3R7TY | Daimix Store |
| 12 | https://www.amazon.com/BRILISLE-Drawstring-Water-Resistant-Compartment-Wet-Proof/dp/B0CG8PTXLF | BRILISLE US |
| 13 | https://www.amazon.com/CATHSNNA-Drawstring-Backpack-Compartment-Waterproof/dp/B0DGWW7YP6 | CATHSNNA |
| 14 | https://www.amazon.com/LIERWOI-Drawstring-Waterproof-Backpacks-Compartment/dp/B0C3JFMVF4 | LIERWOI-BAG |