## EXHIBIT C (SEALED)

1. BROTOU (ASIN: B0BC11Z9TP)



2. LOKAPEGY (ASIN: B0CSCYNHVT)



3.   Sailin Us (ASIN: B0C3JFMVF4)



4.   Alusbell (ASIN: B0CCH9L3BK)



5. Senkora US (ASIN: B0C5RDXTB7)



6. Szhonghuahui (ASIN: B0CLRWQRZZ)



7. Tokeya (ASIN: B0C4XF8M1Y)



8. ED Inc (ASIN: B0BVP6XPCW)



9. CouragePlus (ASIN: B0C85RDPDG)



10. WaygoBB (ASIN: B0CQK8K415)



11. Daimix Store (ASIN: B0CGQ4PSNT)



12. BRILISLE US (ASIN: B0CG8PTXLF)



### 13. CATHSNNA (ASIN: B0DGWW7YP6)



### 14. LIERWOI-BAG (ASIN: B0C3JFMVF4)



