**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Shenzhenshi Jingyida Trading Co., Ltd

Plaintiff,

v.

Case No.:
1:25−cv−06509

Honorable Manish S.
Shah

The Partnerships and Unincorporated Associations
identified in Schedule A, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 4, 2025:

      MINUTE entry before the Honorable Manish S. Shah: The TRO expired on
7/28/25. Plaintiff filed a motion for a preliminary injunction on 7/31/25, but did not notice
the motion for presentment and hearing. The clerk shall unseal all filings. Plaintiff must
notice the motion for preliminary injunction for hearing, giving notice to all defendants,
before the court will consider it. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.