# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Shenzhenshi Jingyida Trading Co., Ltd

                                 Plaintiff,

v.

                                 Case No.: 1:25−cv−06509

                                 Honorable Manish S. Shah

The Partnerships and Unincorporated Associations identified in Schedule A, et al.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 15, 2025:

      MINUTE entry before the Honorable Manish S. Shah: The motion to compel [25] is granted in part, entered and continued in part. The court orders plaintiff's counsel to notify Amazon of the expiration of the TRO by 8/18/25. Plaintiff shall file a written response confirming notification and showing cause why the court should not order plaintiff to pay defendant damages, including attorney's fees, for wrongful restraint. Plaintiff's written response is due 8/19/25. The motion for a preliminary injunction [20] is denied because plaintiff did not notice the motion for presentment and hearing within two weeks of filing. See Local Rule 5.3(b). Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.