# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Shenzhenshi Jingyida Trading Co., Ltd

                          Plaintiff,

v.

                          Case No.: 1:25−cv−06509

                          Honorable Manish S. Shah

The Partnerships and Unincorporated Associations identified in Schedule A, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 22, 2025:

      MINUTE entry before the Honorable Manish S. Shah: The court declines to award damages or tax costs against plaintiff for any delays in Amazon releasing the hold on defendant's account. However, the court warns plaintiff's counsel that plaintiff is ordinarily responsible for costs incurred by injunctions that plaintiff obtained. If Amazon refuses to act based on a request from a defendant, and waits until plaintiff confirms a court order, plaintiff is responsible for all harms caused by that delay. In this case, because plaintiff appears to have attempted to release the Amazon account before defendant filed the motion to compel, the court declines to award damages. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.