IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| SHENZHENSHI JINGYIDA TRADING CO., LTD. | |
| Plaintiff, | Case No. 1: 25-cv-06509 |
| v. | **Honorable Manish S. Shah** |
| PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | **Magistrate Judge the Honorable Beth W. Jantz** |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to FRCP 4(a)(1)(A)(i), Plaintiff hereby inform this Court that Defendant __BROTOU__ (Defendant No. __1__) with __Amazon__ seller ID no. __A384S7L5FPWGBH__, identified in Schedule A of the Complaint, and Plaintiff have reached Settlement. Plaintiff hereby voluntarily dismisses Defendant from this dispute, each party to bear its own fees, costs, and expenses.

Dated __4 September 2025__                                      Respectfully Submitted:

                                                                                          _____
                                                                                          Robert M. DeWitty
                                                                                          DeWitty and Associates
                                                                                          Attorney, Plaintiff
                                                                                          Email rmdewitty@dewittyip.com
                                                                                                      admin@dewittyip.com
                                                                                          Tele: 202-571-7070
                                                                                          Fax: 202-513-8071

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the above and foregoing document was electronically filed on _____4 September 2025_____ with the Clerk of Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

_____
Robert M. DeWitty