IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| SHENZHENSHI JINGYIDA TRADING CO., LTD.<br><br>        Plaintiff,<br><br>v.<br><br>PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>        Defendants. | Case No. 1: 25-cv-06509<br><br>**Honorable Manish S. Shah**<br><br>**Magistrate Judge the Honorable Beth W. Jantz** |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to FRCP 4(a)(1)(A)(i), Plaintiff hereby inform this Court that Defendant LIERWOI-BAG (Defendant No. 15) with seller ID No. AJ6GTV6CDBMML identified in Schedule A of the Complaint, and Plaintiff have reached Settlement. Plaintiff hereby voluntarily dismisses Defendant from this dispute, each party to bear its own fees, costs, and expenses.

DATED: September 26, 2025        Respectfully Submitted:

                                            */RDWy./*
                                            Robert M. DeWitty
                                            D&A|R.M. DeWitty, U.S. Pat. Atty., LLC

                                            1500 K Street, 2nd Fl., RM213
                                            Washington DC 20005

                                            141 W. Jackson Blvd., Ste. 4216
                                            Chicago, Il. 60604
                                            Tel: 202-571-7070 / 202 888-4309
                                            Email: rmdewitty@dewittyip.com