# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Shenzhenshi Jingyida Trading Co., Ltd

                                        Plaintiff,

v.                                                                 Case No.: 1:25−cv−06509

                                                               Honorable Manish S. Shah

The Partnerships and Unincorporated Associations identified in Schedule A, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 30, 2025:

       MINUTE entry before the Honorable Manish S. Shah: This case is dismissed with prejudice for want of prosecution. See [38]. Enter judgment and terminate civil case. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.